UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-167-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERTO HERNANDEZ-CUARENTA | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 33 and its accompanying Orders in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED.

This the  12th  day of    March   , 2018.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE